ion. Order affirmed, with $10 costs and disbursements. See, also, 114 N. Y. Supp. 727.

EMPIRE BRIDGE CO., Respondent, v. LARKIN SOAP CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by the Empire Bridge Company against the Larkin Soap Company. No opinion. Interlocutory judgment (59 Misc. Rep. 46, 109 N. Y. Supp. 1062) affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

EUREKA PAPER CO., Respondent, v. FULTON LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by the Eureka Paper Company against the Fulton Light, Heat & Power Company. No opinion. Order affirmed, with $10 costs and disbursements.

EVENING HIGH SCHOOL TEACHERS' ASS'N OF CITY OF NEW YORK, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Evening High School Teachers' Association of the City of New York against the Board of Education of the City of New York. No opinion. Judgment and order affirmed, with costs.

FAEHRMANN et al., Respondents, v. H. E. HOESCH & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Oscar Faehrmann and another against H. E. Hoesch & Co. B. Lewinson, for appellant. C. W. Jewell, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

FAHERTY, Appellant, v. MAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Margaret Faherty, an infant, against Frederick H. Man, impleaded with others. T. J. O'Neill, for appellant. H. H. Man, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FELKEL et al., Respondents, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Henry G. Felkel and another against the Syracuse, Binghamton & New York Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

FEUERSTEIN, Respondent, v. CARROLL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Frank Feuerstein against William E. Carroll and another. No opinion. Order affirmed, with $10 costs and disbursements.

FINKELSTEIN, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Harris Finkelstein against the Pennsylvania Railroad Company. No opinion. Judgment of the Municipal Court affirmed, without costs.

FINUCANE, Respondent, v. WARNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Amelia A. Finucane against Charles C. Warner and another. No opinion. Judgment affirmed, with costs. See, also, 60 Misc. Rep. 336, 112 N. Y. Supp. 137; 128 App. Div. 911, 112 N. Y. Supp. 1129; 128 App. Div. 918, 113 N. Y. Supp. 1132.

In re FISCHER–HANSEN. (Supreme Court, Appellate Division, First Department. May 28, 1909.) In the matter of Carl Fischer-Hansen. No opinion. Respondent disbarred. Settle order on notice.

FOSTER, Respondent, v. JAFFRAY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Roger Foster against Howard S. Jaffray and others. C. B. Tyler, for appellants. R. Foster, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

FRAINA, Appellant, v. McLAIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by John Fraina against John McLain. No opinion. Order affirmed, with $10 costs and disbursements.

FRANK v. CARTER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Amy N. Frank against William Carter. No opinion. Motion granted, with $10 costs. Order filed.

FREITAG, Appellant, v. VAN WELL, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by William A. Freitag, an infant, by Charles Freitag, his guardian ad litem, against Henry Van Well. No opinion. Judgment and order unanimously affirmed, with costs.

FRESNO HOME PACKING CO., Respondent, v. TURLE & SKIDMORE, Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by the Fresno Home Packing Company against Turle & Skidmore. H. Lesser, for appellants. B. Lewinson, for respondent. No opinion. Determination (60 Misc. Rep. 79, 111 N. Y. Supp. 839) affirmed, with costs. Order filed.